IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

RONALD GOODE,

    Plaintiff,

v.

MICHAEL NUTTER, et al.,

    Defendants.

CIVIL ACTION
NO. 13-3682

## ORDER

**AND NOW**, this 28th day of August 2017, upon consideration of Defendant's Motion for Summary Judgment (Doc. No. 93), and in accordance with the Opinion of the Court issued this day, it is **ORDERED** that Defendant's Motion for Summary Judgment (Doc. No. 93) is **GRANTED**. It is **FURTHER ORDERED** that the Clerk of Court shall close this case for statistical purposes.

BY THE COURT:

*/s/ Joel Slomsky*
JOEL H. SLOMSKY, J.